USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ATHANOR, LLC, et al., Plaintiffs, -v- MARA HOLDINGS, INC., et al., Defendants. | : | 26-cv-6190 (LJL) ORDER |

LEWIS J. LIMAN, United States District Judge:

The Court held an initial pretrial conference in this matter on September 29, 2026. This order memorializes the Court's rulings.

The Court will defer entry of a case management plan in this case pending a ruling on the motion for a stay of discovery. The time for Defendant to respond to the Complaint is adjourned until the date that is two weeks after the Court rules on the motion for a stay. Defendant's anticipated motion to dismiss and Plaintiff's motion for advancement shall be filed on the date that is two weeks after the Court rules on the motion for a stay. In its opposition to the motion for a stay, Plaintiff shall inform the Court and parties of the schedule for discovery in the Texas case.

SO ORDERED.

Dated: September 30, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge